```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRIS JUDAY, et al.              :         CIVIL ACTION
                                 :
          v.                     :
                                 :
MERCK & CO., INC., et al.        :         NO. 19-2037
```

ORDER

AND NOW, this 12th day of July, 2019, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants Merck & Co., Inc. and Merck Sharp & Dohme, Corp. to dismiss the complaint is GRANTED.

                              BY THE COURT:

                              /s/ Harvey Bartle III
                                                J.